**BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT RAHEJA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVONGO HEALTH, INC., GLEN TULLMAN, ZANE BURKE, CHRIS BISCHOFF, KAREN L. DANIEL, SANDRA FENWICK, PHILIP D. GREEN, HEMANT TANEJA, TELADOC HOLDINGS INC., and TEMPRANILLO MERGER SUB, INC.,<br><br>Defendants. | **Case No.: 3:20-cv-06406-MMC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2  Procedure, plaintiff Amit Raheja ("Plaintiff") voluntarily dismisses this action without prejudice
3  as to both the Plaintiff's individual claims and the claims of the putative class.  This notice of
4  dismissal is being filed before service by Defendants of either an answer or a motion for summary
5  judgment.  Since no class has been certified and the dismissal is without prejudice as to the
6  members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of this
7  Action is effective upon filing of this notice.

Dated: November 2, 2020  **BRODSKY & SMITH, LLC**

By:  */s/ Evan J. Smith*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone:  (877) 534-2590
Facsimile (310) 247-0160